IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUSTIN FREID

    v.      NO. 11-cv-257

NCO FINANCIAL SYSTEMS, INC.

**FILED**
MAY - 3 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE BAYLSON, J.

    AND NOW, to wit, this 3rd day of May, 2011, it is ORDERED that in accordance with the Acceptance of Offer and entry of Judgment filed by Plaintiff, Judgment is entered in favor of the Plaintiff and against Defendant in the sum of $1,000.00 including reasonable costs and attorney's fees accrued.

BY THE COURT:

ATTEST:

_____
Deputy Clerk

judg