IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN FREID | : | CIVIL ACTION |
| v. | : | |
| NCO FINANCIAL SYSTEMS, INC. | : | No. 11-257 |
| | : | |
| | : | |

**CANCELLATION OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case currently sheduled for ARBITRATION at 9:30 am on Tuesday, August 23, 2011, has been CANCELLED.

Michael E. Kunz
Clerk of Court


By:   /s/Janet Vecchione
Janet Vecchione
Deputy Clerk
Phone:267-299-7074

Date:May 4, 2011

Copies:    Courtroom Deputy to Judge Michael M. Baylson
           Docket Clerk - Case File

           Counsel:    C. Kimmel, Esq.
                       R. Enders, Esq.

ARBCAN.FRM